# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SBJ HOLDINGS 1, LLC, | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-120 |
| | § | |
| NETFLIX, INC., ET AL. | § | |

## ORDER

    Pending before the court is the parties' dispute over a single provision of their proposed protective order in this case. The dispute focuses on the scope of the "web-caching" provision of the patent prosecution bar. The court adopts the defendants' proposed provision, and orders the parties to submit a conforming protective order to the court within 5 days.

    SIGNED this 23rd day of July, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE