IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SBJ IP HOLDINGS 1, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. |
| | § | |
| NETFLIX, INC., AMAZON.COM, INC., | § | 2:07-CV-00120 (CE) |
| BARNESANDNOBLE.COM, LLC, and | § | |
| BORDERS GROUP, INC., | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

SBJ IP Holdings 1, LLC, Amazon.com, Inc., and Borders Group, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and (c), hereby move for an order dismissing all claims and counterclaims actually asserted in this action WITH PREJUDICE, subject to the terms and conditions of that certain agreement entitled "**PATENT LICENSE AND SETTLEMENT AGREEMENT**" and dated September 18, 2008, with each party to bear its own costs, expenses and attorneys fees.

Nothing herein is intended to or shall operate to preclude any subsequent lawsuit against Borders Group, Inc. with respect to United States Patent No. 6,330,592 for past, present, or future product(s), device(s), equipment, technology, service(s), method(s), system(s), apparatus, functionality, process(es), data or content not specifically accused in the instant case except to the extent such subsequent lawsuit were to accuse any past, present, or future product, device, equipment, technology, service, method, system, apparatus, functionality, process, data or content that is an Amazon Licensed Activities per that certain agreement entitled "**PATENT LICENSE AND SETTLEMENT AGREEMENT**" and dated September 18, 2008 ("Authorized Subsequent Lawsuit"). An

Authorized Subsequent Lawsuit against Borders Group, Inc. shall not be considered to be "an action based on or including the same claim" as the instant case for purposes of Fed. R. Civ. P. 41(d).

        Respectfully submitted,

_/s/ Eric M. Albritton_
Eric M. Albritton
State Bar No. 00790215
ALBRITTON LAW FIRM
P. O. Box 2649
Longview, Texas 75606
(903) 757-8449
(903) 758-7397 Facsimile
E-mail: ema@emafirm.com

Elizabeth J. Brown Fore
State Bar No. 24001795
Steven Sprinkle
State Bar No. 00794962
John Adair
State Bar No. 24026758
Ariyeh Akmal
State Bar No. 24031581
Scott Crocker
State Bar No. 00790532
Kimberly Buser
State Bar No. 24027494
SPRINKLE IP LAW GROUP, P.C.
1301 W. 25th Street, Suite 408
Austin, Texas 78705
(512) 637-9220
(512) 371-9088 Facsimile
E-mail: ebrownfore@sprinklelaw.com
E-mail: ssprinkle@sprinklelaw.com
E-mail: jadair@sprinklelaw.com
E-mail: aakmal@sprinklelaw.com
E-mail: scrocker@sprinklelaw.com
E-mail: kbuser@sprinklelaw.com

Michael Kaeske
State Bar No. 00794061
Eric Manchin
State Bar No. 24013094
KAESKE LAW FIRM
1301 W. 25th Street, Suite 406
Austin, Texas 78705
(512) 366-7300
(512) 366-7767 Facsimile
E-mail: mkaeske@kaeskelaw.com
E-mail: emanchin@kaeskelaw.com

Duffy Randolph Reagan
State Bar No. 00788252
KAESKE LAW FIRM
6301 Gaston Avenue, Suite 735
Dallas, Texas 75214
(214) 821-1121
(214) 821-0977 Facsimile
rreagan@kaeskelaw.com

T. John Ward, Jr.
State Bar No. 00794818
WARD & SMITH LAW FIRM
P. O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400
(903) 757-2323 Facsimile
jw@jwfirm.com

**Attorneys for SBJ IP Holdings 1, LLC**

/s/ Lynn Pasahow by permission
FENWICK & WEST LLP
Lynn Pasahow, CA Bar No. 054283
J. David Hadden, CA Bar No. 176148
Virginia K. DeMarchi, CA Bar No. 168633
Darren Donnelly, CA Bar No. 194335
Silicon Valley Center
801 California Street
Mountain View, CA 94041
(650)988-8500

Blake C. Erskine, Bar No. 06649000
ERSKINE &MCMAHON, LLP
Post Office Box 3485
Tel: (903)757-8435
Fax: (903)757-9429

**Attorneys for Defendants Amazon.com, Inc. and Borders Group, Inc.**